# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DEVERICK SCOTT
ADC #131042                                                           PLAINTIFF

v.                    No. 4:20-cv-92-DPM-PSH

JONATHAN VINEYARD,
Corporal, VSM Unit, ADC                                              DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 19*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 14*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 November 2020