IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                                    **PLAINTIFF**

v.                         No. 4:20-cv-92-DPM

**JONATHAN VINEYARD,**
**Corporal, VSM Unit, ADC**                                                        **DEFENDANT**

### ORDER

Motion for copies, *Doc. 52*, granted. The Court directs the Clerk to send Scott a copy of *Doc. 8, 9, 10, 19, 31, 32, 33, 37, 38, 39, 40, 41, 42 & 43*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2022