IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEVERICK SCOTT
ADC #131042                                                                                        PLAINTIFF

v.                                      No. 4:20-cv-92-DPM

JONATHAN VINEYARD,
Corporal, VSM Unit, ADC                                                                   DEFENDANT

### ORDER

Motion, *Doc. 54*, granted. Vincent France is relieved as counsel for Vineyard.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 February 2023