IN The United States District Court
Eastern District of Arkansas
Central Division

1 of 1

Deverick Scott #131042                         plaintiff

V.           4:20-cv-92-DPM

Johnathan Vineyard,                            Defendant

<u>Motion for appointment of Counsel</u>

Comes now plaintiff D. Scott prose to ask Court to appoint him a lawyer for jury trial. The lawyer Scott had was under contract to represent Scott only in 8th Circuit Court of appeals & if need be U.S. Supreme Court and if any additional cost pass what was agreed on needed they would let him no. Scott cannot afford another lawyer. And ask court to appoint him one.
Thank you.

#131042
9/14/23  Deverick Scott
2501 State Farm Rd
Tucker, Ar 72168