IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                        **PLAINTIFF**

v.                      No. 4:20-cv-92-DPM

**JONATHAN VINEYARD,**
**Corporal, VSM Unit, ADC**                                **DEFENDANT**

### ORDER

1. Motion to withdraw, *Doc. 62*, granted for good cause. James Wyatt is relieved as counsel for Scott, with the Court's thanks.

2. The Court appoints Lauren Graham, who has been randomly selected from a list of lawyers licensed to practice before this Court. Her contact information is below.

> Lauren Graham
> The Graham Law Firm, PLLC
> P.O. Box 902
> Paragould, Arkansas 72451
> 870-586-5753
> lauren@grahamfirm.law

3. The Court directs the Clerk to send Lauren Graham copies of this Order and Local Rules 83.6 and 83.7.

4. The Court directs the Clerk to send a copy of this Order to Deverick Scott.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

23 October 2023