IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEVERICK SCOTT
ADC #131042                                                                  PLAINTIFF

v.                         No. 4:20-cv-92-DPM

DEXTER PAYNE, Director, ADC; MARSHALL
REED, Assistant Director, ADC; GIBSON,
Warden, VSM Unit, ADC; SHIPMAN, Assistant
Warden, VSM Unit, ADC; PLUMMER, Captain,
VSM Unit, ADC; CARROLL, Major, VSM Unit,
ADC; LORD, Lieutenant, VSM Unit, ADC;
JONES, Lieutenant, VSM Unit, ADC;
WASHINGTON, Lieutenant, VSM Unit, ADC;
JONAHTAN VINEYARD, Corporal, VSM Unit,
ADC; WHITTAKER, Corporal, VSM Unit, ADC;
BROWN, Lieutenant, VSM Unit, ADC; GARCIA,
Sergeant, VSM Unit, ADC; KING, Sergeant, VSM
Unit; and GLORIA THOMPSON, Grievance
Officer, VSM Unit, ADC                                                      DEFENDANTS

## JUDGMENT

Scott's retaliation claim against Vineyard is dismissed with prejudice. His remaining claims are dismissed without prejudice. The Court retains jurisdiction until 10 June 2024 to enforce the parties' settlement.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*10 April 2024*